IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY JEROME GRADY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:24-CV-107-WKW |
| | ) [WO] |
| ALABAMA BUREAU OF | ) |
| PARDONS AND PAROLES, LEIGH | ) |
| GWATHNEY, DWAYNE | ) |
| SPURLOCK, CLIFFORD WALKER, | ) |
| and GREG GRIFFIN, SR. *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

Before the court is the Recommendation of the Magistrate Judge (Doc. # 16) to which Plaintiff has filed objections (Docs. # 19, 20). Pursuant to 28 U.S.C. § 636(b), a *de novo* review has been conducted of those portions of the Recommendation challenged by Plaintiff. Based upon careful consideration, the court finds that Plaintiff's objections are without merit. In short, and for the reasons thoroughly explained in the well-reasoned Recommendation, Plaintiff's claims—that the denial of parole violated his constitutional rights—are not cognizable under 42 U.S.C. § 1983.

Accordingly, it is ORDERED as follows:

(1)  Plaintiff's Objections (Doc. # 19, 20) are OVERRULED;

(2)   The Recommendation (Doc. # 16) is ADOPTED; and

(3)   This action is DISMISSED without prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(ii).

Final judgment will be entered separately.

DONE this 16th day of May, 2025.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE